10/21/2022    08:45 OPD Region 5 Anaconda                    (FAX)4065634258          P.008/008



FILED

10/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0474

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA-21-0474

ROGER L. ROWE,

    Petitioner and Appellant,

v.

MARI E. ROWE,

    Respondent and Appellee.

FILED

OCT 2 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER FOR EXTENSION
OF TIME**

Upon review of the Petitioner and Appellant's Motion for Extension of Time, noting that opposing counsel has no objection and good cause found therein,

IT IS HEREBY ORDERED that the Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that the Appellant shall prepare, file, and serve the opening brief on appeal no later than the 28th day of October, 2022.

Dated this 21st day of October, 2022.

_____
Chief Justice